CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 5 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID L. WILLIS, JR., | ) | |
|    Petitioner, | ) | Civil Action No. 7:06CV00500 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE JOHNSON, DIRECTOR OF | ) | By: Hon. Glen E. Conrad |
| THE VIRGINIA DEPARTMENT OF | ) | United States District Judge |
| CORRECTIONS, | ) | |
|    Respondent. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The petitioner's motion to withdraw his fifth claim (docket #21) shall be and hereby is **GRANTED**;

2. The respondent's motion to dismiss (docket #8) shall be and hereby is **GRANTED**; and

3. This action shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 4th day of January, 2007.

                                                                                            /s/ Glen E. Conrad
                                                                                           United States District Judge